1  James W. Soong (SBN: 196092)
   soongj@gtlaw.com
2  David J. Perez (SBN: 238136)
   perezj@gtlaw.com
3  **GREENBERG TRAURIG LLP**
   1900 University Avenue, Fifth Floor
4  East Palo Alto, California 94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508

6  Scott J. Bornstein (*Pro Hac Vice Pending*)
   bornsteins@gtlaw.com
7  **GREENBERG TRAURIG LLP**
   MetLife Building
8  200 Park Avenue
   New York, NY 10166
9  Telephone: (212) 801-9200
   Facsimile: (212) 801-6400
10

11 Kimberly A. Warshawsky (*Pro Hac Vice Pending*)
   warshawskyk@gtlaw.com
12 **GREENBERG TRAURIG LLP**
   2375 East Camelback Road, Suite 700
13 Phoenix, AZ 85016
   Telephone: (602) 445-8000
14 Facsimile: (602) 445-8100

15 Attorneys for Plaintiff,
   **FLIPCHIP INTERNATIONAL, LLC**
16

E-filing

RECEIVED
08 NOV 18 PM 3:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FLIPCHIP INTERNATIONAL, LLC, | Case No.: CV 08 5214 WDB |
| Plaintiff; | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KIMBERLY A. WARSHAWSKY, *PRO HAC VICE* |
| v. | |
| PAC TECH USA, INC. and PAC TECH PACKAGING TECHNOLOGIES GMBH, | |
| Defendants. | |

1     Kimberly A. Warshawsky, an active member in good standing of the Bar of the State of
2 Arizona, having applied in the above-entitled action for admission to practice in the United States
3 District Court for the Northern District of California, *pro hac vice*, representing plaintiff in the above-
4 entitled action,

5     **IT IS HEREBY ORDERED THAT** the application is granted, subject to terms and
6 conditions of Civil Local Rule 11-3. All papers filed by Ms. Warshawsky must indicate his
7 appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in
8 the application will constitute notice to the party. All future filings in this action are subject to the
9 requirements contained in General Order No. 45, Electronic Case Filing.

11 Dated: 2/2/09

United States ~~District Court Judge~~ Magistrate

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KIMBERLY A. WARSHAWSKY, PRO HAC VICE
PHX 328,502,759v1 11-18-08