1   James W. Soong (SBN: 196092)
    soongj@gtlaw.com
2   David J. Perez (SBN: 238136)
    perezj@gtlaw.com
3   **GREENBERG TRAURIG LLP**
    1900 University Avenue, Fifth Floor
4   East Palo Alto, California 94303
    Telephone: (650) 328-8500
5   Facsimile: (650) 328-8508

6   Scott J. Bornstein (*Pro Hac Vice Pending*)
    bornsteins@gtlaw.com
7   **GREENBERG TRAURIG LLP**
    MetLife Building
8   200 Park Avenue
    New York, NY 10166
9   Telephone: (212) 801-9200
    Facsimile: (212) 801-6400

10

11  Kimberly A. Warshawsky (*Pro Hac Vice Pending*)
    warshawskyk@gtlaw.com
12  **GREENBERG TRAURIG LLP**
    2375 East Camelback Road, Suite 700
13  Phoenix, AZ 85016
    Telephone: (602) 445-8000
14  Facsimile: (602) 445-8100

15  Attorneys for Plaintiff,
    **FLIPCHIP INTERNATIONAL, LLC**

16

17              **UNITED STATES DISTRICT COURT**

18        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19                  **SAN FRANCISCO DIVISION**

20  **FLIPCHIP INTERNATIONAL, LLC,**          Case No.:

21              Plaintiff;                     **[PROPOSED] ORDER GRANTING
                                               APPLICATION FOR ADMISSION OF**
22                                             **ATTORNEY SCOTT J. BORNSTEIN,** *PRO
                                               HAC VICE*
23  v.

24  **PAC TECH USA, INC. and PAC TECH
    PACKAGING TECHNOLOGIES GMBH,**
25
                Defendants.
26

27

28

1       Scott J. Bornstein, an active member in good standing of the Bar of the State of New York,

2   having applied in the above-entitled action for admission to practice in the United States District

3   Court for the Northern District of California, *pro hac vice*, representing plaintiff in the above-entitled

4   action,

5       **IT IS HEREBY ORDERED THAT** the application is granted, subject to terms and

6   conditions of Civil Local Rule 11-3.  All papers filed by Mr. Bornstein must indicate his appearance

7   *pro hac vice.* Service of papers upon and communication with co-counsel designated in the

8   application will constitute notice to the party.  All future filings in this action are subject to the

9   requirements contained in General Order No. 45, Electronic Case Filing.

10

11   Dated: _2/2/09_

12                                                  United States ~~District Court~~ Judge
        Magistrate

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY SCOTT J. BORNSTEIN, PRO HAC VICE
*PHX 328,502,638v1 11-18-08*