James W. Soong (SBN: 196092)
soongj@gtlaw.com
David J. Perez (SBN: 238136)
perezj@gtlaw.com
**GREENBERG TRAURIG LLP**
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Scott J. Bornstein (*Pro Hac Vice*)
bornsteins@gtlaw.com
**GREENBERG TRAURIG LLP**
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Kimberly A. Warshawsky (*Pro Hac Vice*)
warshawskyk@gtlaw.com
**GREENBERG TRAURIG LLP**
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100

Attorneys for Plaintiff,
**FLIPCHIP INTERNATIONAL, LLC**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FLIPCHIP INTERNATIONAL, LLC,<br><br>Plaintiff;<br><br>v.<br><br>PAC TECH USA, INC. and PAC TECH PACKAGING TECHNOLOGIES GMBH,<br><br>Defendants. | Case No.: C 08-05214 WDB<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES BY 60 DAYS TO ALLOW PARTIES TO CONTINUE SETTLEMENT DISCUSSIONS** |

1  Pursuant to Civil L.R. 7-11, Plaintiff FlipChip International, LLC brought a Miscellaneous Administrative Request To Continue Case Management Conference And Associated Deadlines By 60 Days To Allow Parties to Continue Settlement Discussions. Having considered the request and finding good cause therefore, the Court has GRANTED the request.

It is therefore Hereby ORDERED that:

1. The Court's November 18, 2008 Order Setting Initial Case Management Conference and ADR Deadlines, which required the filing of a Joint Case Management Conference Statement by February 17, 2009 and set an Initial Case Management Conference for February 24, 2009, at 4:00 p.m. in Oakland Courtroom 4, is vacated;

2. The Case Management Conference and all associated deadlines are continued for 60 days;

3. At the Court's convenience, the Case Management Conference shall be rescheduled for ~~a date on or after~~ April 27, 2009, at 4:00 p.m., with the Joint Case Management Conference Statement due seven court days prior to the conference date.

**IT IS SO ORDERED.**

Dated: 2/4, 2009

Hon. Magistrate Judge Wayne D. Brazil
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MISC ADMIN REQUEST TO CONTINUE CMC AND ASSOCIATED DEADLINES BY 60 DAYS TO ALLOW PARTIES TO CONTINUE SETTLEMENT DISCUSSIONS

PHX 328,600,671v1 2-2-09